UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:

Steven Daniel Coggins

Case No. 02-71300

*Debtor(s)*

## AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND

State of: South Carolina  }
                          }
County of: Greenville     }

PYOD successor to Citibank/Sears \\being duly sworn, deposes and says:
*(Name of Creditor/Claimant)*

That he/she is a creditor of the above named debtor.

That  Sears  was duly adjudged a debtor in the
*(Name of Debtor)*

United States Bankruptcy Court for the Northern District of Florida. That said creditor duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of $ 678.59 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to:

PYOD successor to Citibank/Sears  of
*(Name of creditor/claimant)*
PO Box 19008, Greenville SC 29602  the sum of
*(Address of creditor/claimant)*

$ 678.59 .  Dated this 3rd day of November, 20 09.

Robin Underwood / Legal Services Coordinator
*(Signature of Creditor/Claimant)*
26-086835
*(Tax identification number of creditor/claimant)*

Sworn to and subscribed before me this
3rd day of November, 20 09 by
Robin Underwood
*(Name of claimant)*
who is personally known to me or has produced
Drivers License as identification.
*(Type of identification produced)*

_____
Notary Public

FILED NOV -9 P 1:42

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br>COGGINS, STEVEN DANIEL<br><br>Debtor(s) | CASE NO. 02-71300TLH4 LMK<br><br>CHAPTER 7 |

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on <u>January 14, 2005</u>. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated: <u>January 31, 2005</u>                   /s/ WILLIAM J. MILLER, JR.
                                                 WILLIAM J. MILLER, JR., Trustee
                                                 William J. Miller, Jr., PLC
                                                 106 East 4th Avenue
                                                 Tallahassee, FL  32303
                                                 (850) 385-6220

## TRUSTEE'S FINAL DIVIDENDS

BALANCE ON HAND $ 3,861.68

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

WILLIAM J. MILLER, JR., Trustee $ 1,027.92
WILLIAM J. MILLER, JR., Trustee $ 91.79

REMAINING BALANCE ON HAND $ 2,741.97

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---|---|---|

REMAINING BALANCE ON HAND $ 2,741.97

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 37.32%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---|---|
| 1 | SEARS | 1,818.22 | 678.59 |
| 2 | SEARS | 5,528.66 | 2,063.38 |

REMAINING BALANCE ON HAND $ 0.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| In re: | ) | Case No. 02-71300 |
|---|---|---|
| Steven Daniel Coggins | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

## AFFIDAVIT OF SHERRIE A. EMERSON

I, SHERRIE EMERSON, hereby declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am Senior Director of Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding

3. I am authorized to make this Affidavit on behalf of Creditor.

4. I authorize Robin Underwood, a Legal Service Coordinator, employed by Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding.


SHERRIE A. EMERSON

1

DCL/MAK/06

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

On *Nov 3rd*, 2009, before me Amy Adkins, personally appeared Sherrie A. Emerson, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

_____
Notary Public
My Commission Expires: *2/5/12*

2

DCL/MAK/06





**SHERRIE EMERSON**
Director

15 S Main St
Greenville, SC 29601

Phone: 864-248-8615
Fax: 888-852-9651
Mobile: 864-360-4569
Email: semerson@resurgent.com
www.resurgent.com





The above copy of South Carolina driver's license in the name of Robin Underwood is a true and exact copy of the original.

*Robin Underwood*

Robin Underwood

State of South Carolina

County of Greenville

On *Nov 3rd*, 2009 before me Amy Adkins, personally appeared Robin Underwood, personally known to me as the person whose name is subscribed above.

Notary Public

My commission expires: 2/5/12



## Account Detail

| Acct ID: 194648774 | Portfolio ID: 7194 | Account Status: BK - Potential |
|---|---|---|
| Acct Number: 17~~1065393696980537~~ | | Collection Status: BAN |

## Account Balance

| Principal Balance: 1139.63 | Cost Balance: 0.00 |
|---|---|
| Atty Balance: 0.00 | Total Current Balance: 1139.63 |
| | |

## Additional Account Data

| Last Pmt Date: 2/10/2005 | Current Owner: PYOD LLC | Last Purchase Date: 8/21/2002 |
|---|---|---|
| Last Pmt Amt: 678.59 | Purchase Date: 10/31/2006 | Last Purchase Amt: |
| Last NSF Amt: | Product Source: Citibank | Funding Date: 8/10/2009 |
| Last NSF Date: | Original Merchant: | Funding Source: Citibank PIC Collateral |
| Chg Off Date: 3/8/2003 | CCA Proposed Pmt: | Misc Data 1: PPCC |
| Chg Off Balance: ~~redacted~~ | CCA Phone: | Misc Data 2: RTSL |
| Orig Placement Balance: 1139.63 | | Misc Data 3: 9/2/2006 |
| | | Misc Data 4: job8b |
| Origination Date: 8/29/1999 | | CCA Accepted Pmt: |
| Sold To SFG By: Citibank | | |
| CCA Number: | | |
| CCA Start Balance: | | |

7194

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006 between Citibank (South Dakota), N.A., a national banking associations organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility.

| Citibank (South Dakota), N.A. | Sherman Acquisition LLC |
|---|---|
| By: _DOUGLAS C. MORRISON, VP_ (Signature) | By: _____ (Signature) |
| Name: _____ | Name: _Laura M Schultz_ |
| Title: _____ | Title: _Authorized Signatory_ |

## AMENDED BILL OF SALE
## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS AMENDED BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of October 31, 2006, between Citibank (South Dakota), National Association, a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") and Sherman Acquisition LLC ("Buyer"), a Delaware limited liability company, with its principal place of business located c/o Sherman Capital Markets LLC, 200 Meeting Street, Charleston, SC 29401.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated October 31, 2006, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, who simultaneously transfers the Accounts to LVNV Funding LLC ("Subsequent Buyer"), and to Buyer's successors and assigns, the Accounts described in the attached Exhibit 1.

Bank hereby stipulates that Subsequent Buyer may be substituted for Bank as the valid owner of the Accounts and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rule 3001(e)(2) or otherwise.

This Amended Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility, all as more specifically set forth in the Agreement.

Citibank (South Dakota), N.A.

By: _____
      (Signature)

Name: DOUGLAS C. MORRISON, VP
           CitiCards
Title: Chief Fin. Officer/O & T Finance
           0000391579
           Sioux Falls, SD
           (605) 331-2855

Date: _____

Sherman Acquisition LLC

By: _____
      (Signature)

Name: Laura M Schuble

Title: Authorized Signatory

Date: _____

7194 Supplement

## SALE AND ASSIGNMENT

LVNV Funding LLC ("LVNV"), without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to Sherman Acquisition LLC ("Acquisition") all of its right, title and interest in and to the Receivables and other assets purchased by LVNV on **May 19, 2009**, identified on the Receivables File dated **5/19/09** that is hereby delivered to Acquisition and accompanies this Sale and Assignment.

Acquisition, without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to PYOD LLC ("PYOD") all of its right, title and interest in and to the Receivables and other assets purchased by PYOD on **May 19, 2009**.

Dated: **May 19, 2009**                LVNV Funding LLC
                                       a Delaware limited Liability company

                                       By: _____
                                       Name: Les Gutierrez
                                       Title: Authorized Representative

Dated: **May 19, 2009**                SHERMAN ACQUISITION LLC
                                       a Delaware limited liability company

                                       By: _____
                                       Name: Scott Silver
                                       Title: Authorized Representative

Dated: **May 19, 2009**                PYOD LLC
                                       a Delaware limited liability company

                                       By: _____
                                       Name: Les Gutierrez
                                       Title: Authorized Representative

FORM B6F (Official Form 6F) - (9/97)

In re: **Steven Daniel Coggins**                              , Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4319030006781319 <br> Bank of America <br> P.O. Box 3493 <br> Norflok, VA 23501-2493 | | | 10/01/2000 <br> Misc. Purchase | | | | 4,050.00 |
| ACCOUNT NO. unknown <br> CIT Financial Inc. <br> c/o Holland & Knoght <br> P.O. Box 1288 <br> Tampa, FL 33601 | | | 05/01/1998 <br> Repo Deficiency | | | | 30,077.30 |
| ACCOUNT NO. ~~0653996960597~~ <br> Sears & Roebuck <br> 3333 Beverly Road <br> Hoffman Estates, IL 60179 | | | 10/01/1998 <br> Misc. Purchase | | | | 300.00 |
| ACCOUNT NO. 0653936981675 <br> Sears & Roebuck <br> 3333 Beverly Road <br> Hoffman Estates, IL 60179 | | | 10/01/1998 <br> Misc. Purchase | | | | 3,000.00 |

0   Continuation sheets attached

Subtotal ➤ **$37,427.30**

Total ➤ **$37,427.30**

(Report also on Summary of Schedules)

# Northern District of Florida
# Claims Register

## 02-71300-LMK STEVEN DANIEL COGGINS Closed 12/08/2005

**Judge:** Lewis M. Killian , Jr.    **Chapter:** 7
**Office:** Tallahassee    **Last Date to file claims:**
**Trustee:** William J. Miller Jr.    **Last Date to file (Govt):**

| Creditor: (207325) SEARS ROEBUCK & CO PO BOX 3671 DES MOINES, IA 50322 | Claim No: 1 Original Filed Date: 03/03/2003 Original Entered Date: 03/04/2003 | Status: Filed by: CR Entered by: Modified: 03/04/2003 |
|---|---|---|

Unsecured claimed: $1818.22
Secured    claimed:    $0.00
Priority   claimed:    $0.00
Unknown    claimed:    $0.00
Admin      claimed:    $0.00
Total      claimed: $1818.22

**History:**
Details   1-1   03/03/2003 Claim #1 filed by SEARS ROEBUCK & CO, total amount claimed: $1818.22

**Description:**

**Remarks:** (1-1) Converted from NIBS.

| Creditor: (207325) SEARS ROEBUCK & CO PO BOX 3671 DES MOINES, IA 50322 | Claim No: 2 Original Filed Date: 03/03/2003 Original Entered Date: 03/04/2003 | Status: Filed by: CR Entered by: Modified: 03/04/2003 |
|---|---|---|

Unsecured claimed: $5528.66
Secured    claimed:    $0.00
Priority   claimed:    $0.00
Unknown    claimed:    $0.00
Admin      claimed:    $0.00
Total      claimed: $5528.66

**History:**
Details   2-1   03/03/2003 Claim #2 filed by SEARS ROEBUCK & CO, total amount claimed: $5528.66

**Description:**

**Remarks:** (2-1) Converted from NIBS.

| Creditor: (207327) | Claim No: 3 | Status: |
|---|---|---|

| AMERICREDIT<br>PO BOX 183853<br>ARLINGTON, TX 76096 | | *Original Filed Date:* 03/10/2003<br>*Original Entered Date:* 03/11/2003 | *Filed by:* CR<br>*Entered by:*<br>*Modified:* 03/11/2003 |
|---|---|---|---|
| Unsecured claimed: | $0.00 | | |
| Secured claimed: | $10645.48 | | |
| Priority claimed: | $0.00 | | |
| Unknown claimed: | $0.00 | | |
| Admin claimed: | $0.00 | | |
| **Total** claimed: | **$10645.48** | | |

*History:*
Details   3-1   03/10/2003   Claim #3 filed by AMERICREDIT, total amount claimed: $10645.48

*Description:* (3-1) RE: 1999 FORD MUSTANG ARRS: NONE ; .

*Remarks:* (3-1) Converted from NIBS.

## Claims Register Summary

**Case Name:** STEVEN DANIEL COGGINS
**Case Number:** 02-71300-LMK
**Chapter:** 7
**Date Filed:** 12/06/2002
**Total Number Of Claims:** 3

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $7346.88 | |
| **Secured** | $10645.48 | |
| **Priority** | $0.00 | |
| **Unknown** | $0.00 | |
| **Administrative** | $0.00 | |
| **Total** | $17992.36 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/03/2009 09:41:34 | | | |
| PACER Login: | rc0198 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 02-71300-LMK Filed or Entered From: 1/1/1980 Filed or Entered To: 11/3/2009 |
| Billable Pages: | 1 | Cost: | 0.08 |



# RESURGENT CAPITAL SERVICES L.P.

Note: This online database was last updated on 10/13/2009 6:03:24 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | DELAWARE Profit |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | C T CORP SYSTEM |
| **ADDRESS:** | 75 BEATTIE PLACE |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 29601 |
| **SECOND ADDRESS:** | TWO INSIGNIA FINANCIAL PLAZA |
| **FILE DATE:** | 09/02/1999 |
| **EFFECTIVE DATE:** | 09/02/1999 |
| **DISSOLVED DATE:** | / / |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Merger Survivor | 09/23/2005 | SURV. MERGER WITH RESURGENT CAPITAL SERVICES, LLC | |
| Limited Partnership Amendment | 06/29/2005 | NM CH FR ALEGIS GROUP, L.P. | |
| Limited Partnership | 09/02/1999 | FOREIGN LP | Image |

Disclaimer: The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be